UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T.Y.S.,

                Petitioner,

       – *against* –

JUDITH ALMODOVAR, *in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, TODD LYONS, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*, KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security*, PAMELA BONDI, *in her official capacity as Attorney General of the U.S.*, SIRCE E. OWEN, *in her official capacity as Acting Director of the Executive Office for Immigration Review*, and PAUL ARTETA *in his official capacity as the Sheriff of Orange County and the Director of Orange County Correctional Facility*,

               Respondents.

**ORDER**

25-cv-08267 (ER)

RAMOS, D.J.:

      T.Y.S. filed a petition for writ of *habeas corpus* on October 6, 2025.  Doc. 1.  That same day, T.Y.S. filed a motion for leave to proceed using initials, to redact his alien number, and to refer to family members by first name only.  Doc. 5.

      The government shall file any opposition by October 20, 2025.  T.Y.S. shall file any reply by October 27, 2025.

It is SO ORDERED.

Dated:    October 9, 2025
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.